

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00637-CV

**IN RE** Anna T. **MUENZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
          Rebeca C. Martinez, Justice
          Patricia O. Alvarez, Justice

Delivered and Filed: November 4, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On October 12, 2015, relator Anna T. Muenz filed a petition for writ of mandamus complaining of the trial court's order transferring the underlying guardianship proceeding to Denton County. Relator also filed a separate motion to accelerate the mandamus or, alternatively, to stay the underlying proceedings pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion to accelerate or stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-PC-2901, styled *In the Guardianship of Anna Muenz, An Incapacitated Person*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Kelly Cross presiding.